**Electronically Filed
Supreme Court
SCWC-21-0000478
21-APR-2023
09:40 AM
Dkt. 17 OGAC**

SCWC-21-0000478

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

KUMULIPO IWA COYOTE SYLVA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000478; Case No. 2CPC-18-0000240)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, JJ., Circuit Judge
Kawashima in place of Nakayama, J., recused, and Circuit Judge
Nakamoto in place of Wilson, J., recused)

The application for writ of certiorari filed on March 6, 2023, by Petitioner/Defendant-Appellant Kumulipo Iwa Coyote Sylva is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, April 21, 2023.

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ James S. Kawashima
/s/ Henry T. Nakamoto

